No. 978. AMERICAN NATIONAL BANK *v.* AMES ET AL. April 25, 1938. It is ordered that execution pursuant to the judgment of the Supreme Court of Appeals of Virginia entered in this cause be, and the same is hereby, stayed pending action upon the petition for writ of certiorari. *Messrs. George P. Barse, Tazewell Taylor,* and *L. E. Birdzell* for petitioner. *Messrs. Wm. G. Maupin* and *James E. Heath* for respondent.

No. 960. ARIZONA PUBLISHING Co. *v.* O'NEIL ET AL., MEMBERS OF AND CONSTITUTING THE STATE TAX COMMISSION OF ARIZONA. Decided May 2, 1938. *Per Curiam:* The judgment is affirmed. *Grosjean* v. *American Press Co.,* 297 U. S. 233, 250; *Associated Press* v. *Labor Board,* 301 U. S. 103, 133; *Giragi* v. *Moore,* 301 U. S. 670. *Messrs. Elisha Hanson* and *John Mason Ross* for appellant. *Mr. Allan K. Perry* for appellees.

No. —, original. Ex PARTE ELZA G. WYATT. May 2, 1938. The motion for leave to file petition for writ of habeas corpus is denied.

No. 18, original. Ex PARTE TINKOFF. May 2, 1938. Motion for leave to proceed *in forma pauperis* granted. Motion for leave to file petition for writ of certiorari also granted. *Paysoff Tinkoff, pro se.*